UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNEITH E. JONES,

        Plaintiff,                          No. 14-11174

v.                                   District Judge Paul D. Borman
                                   Magistrate Judge R. Steven Whalen

CHRYSLER LLC GROUP,

        Defendant.

_____ /

**ORDER DENYING APPOINTMENT OF COUNSEL**

Plaintiff Kenneith E. Jones, who is proceeding *pro se* in this action, has filed a motion for the appointment of counsel [Doc. #12].[1]

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. A motion to dismiss is presently pending [Doc. #21]. At this point, Plaintiff's motion to appoint counsel is premature. If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

---

[1] Plaintiff followed up his motion with a letter to the Court requesting "help with the appointment of counsel." [Doc. #24].

Therefore, Plaintiff's motion for appointment of counsel [Doc. #12] is DENIED

WITHOUT PREJUDICE.

IT IS SO ORDERED.


                                      s/ R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE
Dated: June 5, 2014


                        CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record
on June 5, 2014, electronically and/or by U.S. mail.

                                      s/Carolyn M. Ciesla
                                      Case Manager to the
                                      Honorable R. Steven Whalen