UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNEITH E. JONES,

       Plaintiff,                             No. 14-11174

v.                                        District Judge Paul D. Borman
                                            Magistrate Judge R. Steven Whalen

CHRYSLER LLC GROUP,

       Defendant.
_____/

## ORDER DENYING MOTIONS TO COMPEL

Plaintiff's two motions to compel discovery [Doc. #27 and Doc. #40] are DENIED. Plaintiff has not submitted a verbatim recitation of his specific discovery requests (e.g., interrogatories or document requests), as required by E.D. Mich. L.R. 37.2. In addition, as discussed in my Report and Recommendation regarding Defendant's motion to dismiss, this complaint is dismissible on grounds of statute of limitations and *res judicata*, without the necessity of further discovery.

       IT IS SO ORDERED.

                                            s/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 24, 2015, electronically and/or by U.S. mail.

                                            s/Carolyn M. Ciesla
                                            Case Manager